IN THE CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY

| | | |
|---|---|---|
| **AARON POWELL** | * | |
| 3509 Eldorado Avenue | | |
| Apartment A | * | |
| Baltimore, Maryland 21207 | | |
| Plaintiff | * | Civil Case 1:10-CV-03020-BEL |
| V. | * | |
| **THE MAYOR AND CITY COUNCIL** | * | |
| **OF BALTIMORE** | | |
| Serve: George Nelson, City Solicitor | * | |
| City Hall | | |
| 101 N. Holliday Street, Room 101 | * | |
| Baltimore, Maryland 21202 | | |
| Defendant | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

NOW COMES, Aaron Powell ("Plaintiff" and/or "Powell") by his attorneys, Kim Parker, Esq., and The Law Office of Kim Parker, P.A., and hereby dismisses this case against Defendant's without prejudice.

/s/ Kim Parker
_____
Kim Parker, Esq.
Law Office of Kim Parker, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
kp@kimparkerlaw.com
410-234-2621  F: 410-234-2612
Counsel for Plaintiff

**Certificate of Service**

I hereby certify on this 10th day of March , 2011, the foregoing Notice of Dismissal without prejudice, was mailed first class mail postage prepaid to:

Elizabeth Ryan Martinez, Esq.
Via Electronic Mail

Michelle Jacqueln Marzullo, Esq.
Via Electronic Mail

State of Maryland
C.o Elizabeth Martinez, Esq.
Via Electronic Mail

/s/ Kim Parker
_____
Kim Parker, Esq.